

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 25, 2022

**Via CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    RE:    *Velazquez v. Camille Beckman Corporation*
                Case No: 1:22-cv-09169-RA

Dear Judge Abrams:

    We represent Plaintiff in the above-referenced matter, and write jointly with counsel for Defendant Camille Beckman Corporation ("the Parties") pursuant to Your Honor's Order of February 27, 2023.

    The Parties continue to explore settlement in this action and believe that additional time to investigate this matter and engage in further settlement discussions will possibly eliminate the need for further litigation.

    The Parties respectfully request a second extension, through April 26, 2023, to continue their efforts to resolve.  In the event these efforts are not fruitful, the Parties will likely ask that this matter be referred to mediation. You Honor had graciously granted the Parties a similar extension on February 27.

    The Parties further ask that Defendant's time to answer or respond to the complaint likewise be extended to April 26, 2023.



We thank the Court for its kind consideration and courtesies.

            Respectfully Submitted,

            /s/ Mark Rozenberg
            Mark Rozenberg, Esq.
            *Attorney for Plaintiff*

Application granted. No further extensions will be granted absent good cause.

SO ORDERED.

_____
Hon. Ronnie Abrams
3/28/2023