UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>CAMILLE BECKMAN CORPORATION,<br><br>                Defendant. | No. 22-CV-9169 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 16, 2023, the Court granted Plaintiff's request for an extension of time to respond to the motion to dismiss until June 23, 2023. To date, Plaintiff has not filed a response.

No later than July 19, 2023, Plaintiff shall either (1) file his opposition to the motion to dismiss, or (2) notify the Court that he still intends to prosecute this action, and that the motion to dismiss should be deemed unopposed. Failure to timely respond to this order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 12, 2023
             New York, New York

                                                              Ronnie Abrams
                                                                United States District Judge