UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

BRYAN VELAZQUEZ, on behalf of
himself and all others similarly situated

                                                                        Civil Action No:
                                                                        1:22-cv-9169

                                         Plaintiff,

-v

CAMILLE BECKMAN CORPORATION,

                                         Defendants.

----------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 12th day of July, 2023

                                                     */s/Mark Rozenberg*
                                                     Mark Rozenberg, Esq.
                                                     **Stein Saks, PLLC**
                                                     One University Plaza
                                                     Hackensack, NJ 07601
                                                     Ph: 201-282-6500
                                                     mrozenberg@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 12, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.